**No. 46449.**—Protest 10616–K of Anco Import Corp. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the items consist of spangles slung, similar to those involved in *Fashion Trimming Corp.* v. *United States* (6 Cust. Ct. 199, C. D. 462), the claim at 60 percent ad valorem under paragraph 1503 was sustained, holding the merchandise in ques-

tion dutiable as "articles not ornamented with beads, spangles, or bugles, not embroidered, tamboured, appliqued, or scalloped, composed wholly or in chief value of spangles."